Case No. 11-16507

---

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

In re: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE
MARKETING AND SALES PRACTICES LITIGATION,

DOLORES MANDRIGUES; JUANITA JONES; AL F. MINYEN; WILMA
R. MINYEN; MARK CLAUSEN; CHRISTINA CLAUSEN; BONNIE
MINCEY; STEPHANIE O'ROURKE; TINA SINGER; CHAD R.
WHATLEY; ANITA H. WHATLEY; JERROLD L. ROTRUCK; CLARA C.
ROTRUCK; JUDITH M. HOLLEY; ROLAND HARRIS; GLORIA
HARRIS; EMOGEN WHITE; VANESSA L. MCLEAURIN; TRAVIS A.
BUDD; JAMES W. COLLINS, JR.; MICHAEL BRUNKHORST; JAYME
BRUNKHORST; MICHAEL T. HARBER; MARY HARBER; MARK
CHANEY; GLORIA CHANEY; TERRY L. COSTELLO

*Plaintiffs - Appellees,*

v.

MARCELLA M. ROSE,

*Objector - Appellant,*

*v.*

WORLD SAVINGS, INC.; WORLD SAVINGS BANK, FSB; WACHOVIA
MORTGAGE, FSB, AKA Wachovia Mortgage, a division of Wells Fargo
Bank, N.A.; WACHOVIA CORPORATION; GOLDEN WEST
FINANCIAL CORPORATION; WACHOVIA BANK, FSB, FKA World
Savings Bank, FSB-TX; WACHOVIA MORTGAGE CORPORATION;
WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.,

*Defendants - Appellees*

Appeal from the United States District Court
for the Northern District of California
San Jose Division
Case No. 5:09-md-02015-JF

**MOTION TO VOLUNTARILY DISMISS APPEAL**

| Majors & Fox LLP<br>Lawrence J. Salisbury SBN179748<br>First National Bank Bldg.<br>401 West "A" Street, Suite 2350<br>San Diego, CA 92101-7921<br>Telephone: (619) 234-1000<br>Facsimile: (619) 234-1011 | Law Office of Malinda R. Dickenson<br>Malinda R. Dickenson SBN222564<br>1220 Rosecrans St. #270<br>San Diego, California 92106<br>Telephone: (858) 521-8492 |
| --- | --- |

Attorneys for Appellant Marcella M. Rose

MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), appellant hereby moves the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear their own costs on appeal.

DATED:  August 29, 2011          MAJORS & FOX LLP


By:   /s/Lawrence J. Salisbury
          Lawrence J. Salisbury

Attorneys for Appellant, Marcella M. Rose

-1-